**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No.: 99-457 (AMW) |
| Plaintiff, | |
| v. | **ORDER** |
| CARLOS RODRIGUEZ | |
| Defendant. | |

This matter comes before the Court on the motions of Defendant, Carlos Rodriguez ("Defendant") for adjustment of his sentence filed in this Court on February 15, 2008. This Court has reviewed the motion and the docket and notes that the same motion was previously filed on January 2, 2008 (Docket Entry #63) and that said motion is pending before the Hon. Dennis M. Cavanaugh,

**IT IS ON THIS 21ˢᵗ  DAY OF FEBRUARY, 2008;**

**ORDERED**, that the motion filed by the Defendant in this Court on February 15, 2008 (Docket Entry #66) is hereby stricken from the docket without prejudice as duplicative.

JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE