UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| | : | |
| v. | : | Cr. No. 99-457 (JLL) |
| | : | |
| CARLOS RODRIGUEZ | : | ORDER |

**LINARES, District Judge.**

This matter comes before the Court on the motion [CM/ECF # 68] of Defendant

Carlos Rodriguez for Modification of Sentence Pursuant to 18 U.S.C. 3582(c)(2) and U.S.S.G §

2D1.1.  No oral argument was held.

Defendant Rodriguez pled guilty April 17, 2000, to conspiracy to distribute

controlled substances, 21 U.S.C. § 846. [CM/ECF # 29]  He was sentenced December 20, 2001

to a term of imprisonment of 188 months. [CM/ECF # 51].  Defendant Rodriguez now argues

that Amendment 591 to the Sentencing Guidelines, which took effect November 1, 2000, makes

U.S.S.G § 2X1.1 applicable to his case, with the result being that a 3-level reduction in his

sentence becomes appropriate.

Application Note 1 to U.S.S.G. § 2X1.1 ("Attempt, Solicitation, or Conspiracy

(Not Covered by a Specific Offense Guideline"), both prior to Amendment 591 and now, makes

explicit that "[c]ertain attempts, conspiracies, and solicitations are expressly covered by other

offense guidelines."  Section 2D1.1 – the section relevant to Defendant Rodriguez's calculation –

was included in the list of such guidelines with regard to conspiracy both prior to and after

Amendment 591.  As such, the amendment made no change relevant to Defendant Rodriguez so

as to make appropriate a modification of sentence under 18 U.S.C. 3582(c)(2).  Good cause

having been found for the reasons heretofore set forth,

      IT IS THIS _____8_____ day of September 2010,

      ORDERED that Defendant's motion [CM/ECF # 68] is DENIED

_____
HON. JOSE L. LINARES
United States District Judge